UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE COUNTY AIRPORT
AUTHORITY, ET AL.,

     Plaintiffs,

v.

JOHNSON CONTROLS, INC.,
ET AL.,

     Defendants.

———————————————————— /

No. 11-15597

District Judge Lawrence P. Zatkoff

Magistrate Judge R. Steven Whalen

**ORDER**

  For the reasons and under the terms stated on the record on July 18, 2013, Defendant Phoenix Insurance Company's Motion to Strike Alan B. Havis from Plaintiffs' Witness List and to Preclude his Testimony in any Capacity [Doc. #159] is GRANTED IN PART AND DENIED IN PART, as follows:

  1.  The request to strike Mr. Havis from Plaintiff's witness list and to preclude his testimony is DENIED WITHOUT PREJUDICE.

  2.  Defendants' alternative request to compel the deposition of Mr. Havis is GRANTED.  Mr. Havis will be deposed within 30 days of the date of this Order.  There will be one deposition of up to seven hours. Counsel for Defendants Kleen-Tech Services Corporation and Johnson Controls, Inc., as well as counsel for Phoenix Insurance Company, may participate in the deposition.

  IT IS SO ORDERED.

July 18, 2013        s/ R. Steven Whalen_____
            R. STEVEN WHALEN
            UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing was sent to parties of record on July 18, 2013,
electronically and/or by U.S. mail.


s/Michael Williams_____
Relief Case Manager for the
Honorable R. Steven Whalen